# Ademi & O'Reilly, LLP
## Attorneys at Law

Guri Ademi
Shpetim Ademi
Robert K. O'Reilly
John D. Blythin
Mark A. Eldridge
Jesse Fruchter
Ben J. Slatky

3620 East Layton Avenue
Cudahy, Wisconsin 53110

Telephone: (414) 482-8000
Facsimile: (414) 482-8001

December 22, 2017

<u>*Via ECF*</u>

Hon. J.P. Stadtmueller
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re:  *Livermore v. Unifund CCR Partners, et al.*
     Case No. 17-cv-1051

Dear Judge Stadtmueller:

I write to inform the Court that Plaintiff and defendant Northland Group, Inc. ("Northland") have reached a resolution in principle of all claims between them in this action. Plaintiff's claims against Northland may be dismissed or considered abandoned with prejudice and without costs. This resolution does not include claims between parties other than Plaintiff and Northland.

In light of the Court's deadline of December 22, 2017 to file a motion for leave to amend the complaint, Plaintiff will file the motion for leave today, attaching a proposed second amended complaint that does not include Northland as a party.

If you have any questions, please feel free to call me.

Very truly yours,
ADEMI & O'REILLY, LLP


/s/ John D. Blythin
John D. Blythin