# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHARLES LIVERMORE,<br><br>  Plaintiff,<br>v.<br><br>UNIFUND CCR LLC and<br>DISTRESSED ASSET PORTFOLIO III LLC,<br><br>  Defendants. | Case No. 17-CV-1051-JPS<br><br>**ORDER** |

On February 27, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #42). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #42) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 27th day of February, 2018.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge